**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION**

| | | |
|---|---|---|
| **CUMBERLAND AND OHIO CO.** | ) | |
| **OF TEXAS, as Court-Appointed Receiver** | ) | |
| **of the assets of Mid-America Energy, Inc.** | ) | |
| **and Mid-America Oil & Gas, LLC,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:09-cv-436** |
| | ) | **Judge Trauger** |
| **CLINTON C. GOFF,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

<u>**ORDER**</u>

For the reasons expressed in the accompanying Memorandum, the Motion to Dismiss

filed by defendant Clinton C. Goff (Docket No. 16) is **GRANTED**.

It is so Ordered.

Entered this 22nd day of October 2009.

_____
ALETA A. TRAUGER
United States District Judge